### LLOYD C. SHANKLIN v. IRENE A. SHANKLIN

24 So. (2nd) 111                                    June Term, 1945
December 18, 1945                          Special Division B

*Ray M. Watson,* for appellant.

*Ernest E. Roberts,* for appellee.

PER CURIAM:

The decree appealed from is affirmed.

It is so ordered.

CHAPMAN, C. J., TERRELL, BROWN and SEBRING, JJ., concur.